937 F.2d 598
 Nealen (John J.)
v.
Doverspike (Lynn), Peacock (Grant), Victory Energy,
Wenturine (John, Edith, John, Traci), Britton (Thomas,
Verda, Alton, Jane, Fred, Velma), Nealen (Agens), Dillon
(Robert, Diane, Stephen, Mary), Dumm (Dr. Thomas), Miller
(Kenneth), Frances (Herman), Morris & Bernard, Kollar
(Constance), Kazmer (Stephen, Patricia), Brant (Jerry)
 NO. 91-3102
 United States Court of Appeals,
Third Circuit.
 JUN 27, 1991
 
 Appeal From: W.D.Pa.,
 Mencer, J.
 
 
 1
 AFFIRMED.